Griesa, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

BRANDED HOLDING GROUP, f/k/a
INTERNET HOLDING GROUP,

                             Plaintiff,

-against-

NETWORK SOLUTIONS, LLC,

                             Defendant.

---------------------------------------------------------------X

Index No.: 14-CV-01999-TPG

[PROPOSED] JUDGMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/14

THOMAS P. GRIESA, U.S.D.J.:

     This action having been commenced on March 21, 2014 by the filing of a summons and complaint, by Waiver of the Service of Summons dated June 16, 2014, counsel for Defendant acknowledged receipt of Plaintiff's request and a copy of the complaint herein and agreed to file and serve an answer or motion under Rule 12 within 60 days from May 21, 2014, the date Plaintiff's request was sent (i.e. by July 21, 2014), and proof of such Wavier of Service having been filed on June 24, 2014 and defendant not having answered the Complaint, and the time for answer the Complaint having expired, and

     Upon plaintiff's papers in support of its motion for default judgment, and the hearing held on September 19, 2014, the Court hereby finds that:

     (i)     Defendant's default was willful;

     (ii)    Defendant lacks a meritorious defense;

     (iii)   Without entry of default judgment, Plaintiff would be prejudiced; and

     (iv)   Plaintiff has alleged sufficient facts to support its claims and to warrant awarding it the relief it seeks herein.

It is therefore ORDERED that plaintiff's motion for default judgment is GRANTED, and it is further ORDER, ADJUDGED and DECREED pursuant to Fed. R. Civ. P. 55 that:

(i) Plaintiff has declaratory judgment against defendant NETWORK SOLUTIONS, LLC;

(ii) Plaintiff is the rightful registrant and owner of the domain name, <cm.com>; and

(iii) Upon Plaintiff's request, Defendant NETWORK SOLUTIONS, LLC and/or third-party VeriSign, Inc.; their officers, directors, employees, agents, subsidiaries, distributors and all persons in active concert or participation them having notice of this Order; and those with actual notice of this Order, including any domain-name registrars, domain-name registries or their administrators, are directed to immediately record, change, or assist in changing the registration of record for <cm.com> in Plaintiff's name and into an account with a domain-name registrar of Plaintiff's choosing.

SO ORDERED.

DATED: Sept. 24, 2014
New York, New York

_____
THOMAS P. GRIESA
United States District Judge

**THIS DOCUMENT WAS ENTERED ON THE DOCKET ON** _____